No. 99–1070. PEOPLE'S MOJAHEDIN ORGANIZATION OF IRAN *v.* DEPARTMENT OF STATE ET AL. C. A. D. C. Cir. Motion of the

Solicitor General for leave to lodge under seal a copy of the sealed version of the brief for appellees filed in the United States Court of Appeals granted. Certiorari denied. 